Decided October 13, 2004

STATE OF CONNECTICUT *v.* ANTHONY CARTER

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 263 (AC 23614), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided October 13, 2004

VICTORIA WOOD FRIEZO *v.* DAVID FRIEZO

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 727 (AC 24075), is denied.

*Kenneth J. Bartschi* and *Michael S. Taylor*, in support of the petition.